IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | Criminal No. 3:26-CR-267 (ECC) |
| | ) | |
| **v.** | ) | |
| | ) | |
| **JEFFREY SCOTT HAMM, JR.,** | ) | Violation: 18 U.S.C. § 875(c) [Interstate Threatening Communications] |
| | ) | |
| **Defendant.** | ) | |
| | ) | |
| | ) | 3 Counts |
| | ) | |
| | ) | County of Offense: Broome |

**INFORMATION:**

**COUNTS 1-3**
**[Interstate Threatening Communications]**

On or about the dates below, in Broome County in the Northern District of New York, and elsewhere, the defendant, **JEFFREY SCOTT HAMM, JR.**, did knowingly transmit in interstate and foreign commerce, using YouTube, an internet-based electronics communications service and video sharing platform, comments containing threats to injure the person of another, with the intent to communicate true threats and with the knowledge that the communications would be perceived as true threats:

| Count | Date of YouTube Comment | Content |
|---|---|---|
| 1 | 01/08/2026 | I'll kill Donald Trump first chance I fucking get! |
| 2 | 01/09/2026 | 1,000 rounds for ICE<br><br>I got my scope on them now |
| 3 | 02/15/2026 | Trump is gonna be on his knees when I stick this piping hot metal rod in and out his throat |

All in violation of Title 18, United States Code, Section 875(c).

Dated: August 5, 2026

TODD BLANCHE
Attorney General

JOHN A. SARCONE III
First Assistant U.S. Attorney

By: */s/ Stephen C. Green*
______________________________

Stephen C. Green
Assistant United States Attorney
Bar Roll No. 507767